IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALVIN KEITH HOLLOWAY, :
:
    Plaintiff, : CIVIL ACTION NO.
:
vs. : 13-0217-CB-M
:
RODNEY BREWER, et al., :
:
    Defendants. :

AMENDED ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that summary judgment be granted and that this action be and is hereby **DISMISSED** with prejudice.

DONE this 5th day of February, 2014.

                              s/*Charles R. Butler, Jr.*
                              CHARLES R. BUTLER, JR.
                              SENIOR UNITED STATES DISTRICT JUDGE